

**EX. D TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOT. TO EXCLUDE VSI**

# Forensic Research + Analysis

November 1, 2021

Steven A. Shapiro, Esq.
Ogborn Mihm, LLP
1700 Lincoln Street, Suite 2700
Denver, CO 80203

RE: *Ralph Mitchell and Jody Mitchell v. William E. Rosenthal*

Plaintiff:             Ralph Mitchell
Date of birth:         December 15, 1960
Date of Incident:      June 27, 2017 (age 56 years at the time of crash).

Dear Mr. Shapiro,

I am in receipt of further correspondence and materials regarding above-named action. This report is a supplement to my previous report of April, 2021.

In my prior report I erroneously stated that the defense experts Dr. Clark and Mr. Weimer stated that the subject crash could not have a caused a concussion, when in fact, these experts concluded that the crash could not have caused a "trauma induced neurological disorder (TIND)." The experts provided no definition of what they meant by this term, which is not a medical diagnosis, and would, by definition, contain concussion within its bounds. To clarify, the experts did allow that the MPS values they calculated for the head impact was within the bounds of causing concussion, or at least that their analysis did not allow them to deny that a concussion was possible from the crash.

Given this fact, and the fact that all of Mr. Mitchell's subsequent closed head injuries stemmed from the concussion diagnosis (and no provider has used the term "TIND" to describe any of Mr. Mitchell's injuries, at least, not in the confusing manner that the defense experts have used it), my opinion is that the entirety of the defense experts' analysis, as described in their report, is moot to any issue relevant to the defense of the cause of Mr. Mitchell's injuries.

PO Box 96309, Portland, Oregon 97296 T:971.255.1008

**EX. C TO DEFENDANT'S RESPONSE
TO PLAINTIFFS' MOT. TO
EXCLUDE VSI**

Steven A. Shapiro, Esq.

RE*: Ralph Mitchell and Jody Mitchell v. William E. Rosenthal*

November 1, 2021

Page 2 of 2

The preceding opinions were given to a reasonable degree of medical and scientific certainty.

I reserve the right to alter or revisit my opinions in this matter should new information be brought to my attention.

Very truly yours,

Michael D. Freeman, MedDr, PhD, MScFMS, MPH, MFFLM, DLM, FACE
Associate Professor of Forensic Medicine
University of Maastricht Medical Center
Faculty of Health, Medicine, and Life Sciences
Maastricht University, Maastricht, Netherlands

Member, Faculty of Forensic and Legal Medicine, Royal College of Physicians (UK)
Fellow, American College of Epidemiology
Fellow, American Academy of Forensic Sciences
Fellow, Academy of Forensic Medical Sciences (UK)